ALEXANDER G. CALFO (SBN 152891)
*acalfo@kslaw.com*
JULIA E. ROMANO (SBN 260857)
*jromano@kslaw.com*
KING & SPALDING LLP
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone:   +1 213 443 4355
Facsimile:   +1 213 443 4310

Attorneys for Defendants
JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; KENVUE, INC.; and LTL MANAGEMENT LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AFRAA AL EESA, Individually and as Successor-in-Interest to ABBAS AL KHALIDI, Deceased, A.A.K., A.A.K., and Y.A.K.<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC. f/k/a JOHNSON & JOHNSON CONSUMER INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiary "Old JJCI"); JANSSEN PHARMACEUTICALS, INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named JOHNSON & JOHNSON CONSUMER INC. both prior to and after its 2021 restructurings and colloquially knows as "Old JJCI and New JJCI"); KENVUE INC. (sued individually and as successor-in-interest to JOHNSON & JOHNSON CONSUMER INC.); LTL MANAGEMENT LLC; and DOES 1-450, inclusive<br><br>Defendants. | Case No. 2:23-cv-02183-MCE-JDP<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Complaint Filed:   Oct. 2, 2023<br>Trial Date:   None Set<br>Current Rep. Date.   Nov. 16, 2023<br>Proposed Resp. Date   Dec. 15, 2023 |

Plaintiffs Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K. (a minor), A.A.K. (a minor), and Y.A.K. (a minor) ("Plaintiffs") and Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Janssen Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC ("Defendants"),[1] by and through the undersigned counsel, hereby submit this Stipulation pursuant to Local Rule 144 as follows:

1. WHEREAS Plaintiffs filed this Complaint for Wrongful Death and a Survival Action – Asbestos ("Plaintiffs' Complaint") against Defendants on October 2, 2023. Plaintiffs' Complaint names five defendants and contains five causes of action and 121 paragraphs;

2. WHEREAS the Parties previously agreed that Defendants' last day respond to Plaintiffs' Complaint was extended by 20 or 21 days respectively to November 16, 2023 pursuant to Local Rule 144(a) (Dkt. No. 10); and

3. WHEREAS the Parties agree that good cause exists for an additional extension of time for Defendants to respond to Plaintiffs' Complaint until December 15, 2023 given the number of parties, the length of Plaintiffs' complaint, the complexity of the factual and legal issues presented in Plaintiffs' Complaint, and the fact that the undersigned counsel, Julia Romano, is currently in trial.

///
///
///

---

[1] Upon information and belief, Defendant Johnson & Johnson Consumer Inc. has not yet been served with Plaintiffs' Complaint.

1
JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER

| | | |
|---|---|---|
| 1 | DATED: November 13, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/Julia E. Romano |
| | | Alexander G. Calfo |
| 4 | | Julia E. Romano |
| | | King & Spalding LLP |
| 5 | | |
| | | Attorneys for Defendants |
| 6 | | JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC.; |
| 7 | | JANSSEN PHARMACEUTICALS, INC.; KENVUE, INC.; and LTL |
| 8 | | MANAGEMENT LLC |
| 9 | DATED: November 13, 2023 | Respectfully submitted, |
| 10 | | |
| | | By: /s/Mark A. Linder |
| 11 | | Mark A. Linder |
| | | The Lanier Law Firm |
| 12 | | |
| 13 | | Attorneys for Plaintiffs |
| | | AFRAA AL EESA, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO |
| 14 | | ABBAS AL KHALIDI, DECEASED, |
| 15 | | A.A.K., A.A.K., and Y.A.K. |

2

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT; ORDER

**ATTESTATION**

I, Julia E. Romano, am the ECF User whose ID and password are being used to file this Joint Stipulation. I hereby attest that the other signatories to this Joint Stipulation concur in this filing.

DATED: November 13, 2023

Respectfully submitted,

By: /s/Julia E. Romano
Julia E. Romano

**ORDER**

The Court, having considered the stipulation submitted herewith, **IT IS SO ORDERED** that:

Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Janssen Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC's deadline to respond to Plaintiffs' Complaint in the above-captioned matter is extended to December 15, 2023.

IT IS SO ORDERED.

Dated:  November 14, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE