1  ALEXANDER G. CALFO (SBN 152891)
   acalfo@kslaw.com
2  JULIA E. ROMANO (SBN 260857)
   jromano@kslaw.com
3  KING & SPALDING LLP
   633 West 5th Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone:   +1 213 443 4355
5  Facsimile:   +1 213 443 4310

6
   Attorneys for Defendants
7  JOHNSON & JOHNSON; JOHNSON &
   JOHNSON HOLDCO (NA) INC.;
8  JANSSEN PHARMACEUTICALS,
   INC.; KENVUE, INC.; and LTL
9  MANAGEMENT LLC

10              **IN THE UNITED STATES DISTRICT COURT**

11             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  AFRAA AL EESA, Individually and as Successor-in-Interest to ABBAS AL KHALIDI, Deceased, A.A.K., A.A.K., and Y.A.K. | Case No. 2:23-cv-02183-MCE-JDP |
| 15         Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME FOR RULE 26(F) CONFERENCE; ORDER** |
| 16      v. | Complaint Filed:   Oct. 2, 2023<br>Trial Date:        None Set |
| 17  JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC. f/k/a JOHNSON & JOHNSON CONSUMER INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiary "Old JJCI"); JANSSEN PHARMACEUTICALS, INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named JOHNSON & JOHNSON CONSUMER INC. both prior to and after its 2021 restructurings and colloquially knows as "Old JJCI and New JJCI"); KENVUE INC. (sued individually and as successor-in-interest to JOHNSON & JOHNSON CONSUMER INC.); LTL MANAGEMENT LLC; and DOES 1-450, inclusive | |
| 26         Defendants. | |

      Plaintiffs Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K. (a minor), A.A.K. (a minor), and Y.A.K. (a minor) ("Plaintiffs") and Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Janssen Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC ("Defendants"), by and through the undersigned counsel, hereby submit this Stipulation pursuant to Local Rule 144 as follows:

      1.    WHEREAS the Court's October 3, 2024 Initial Pretrial Scheduling Order, (Dkt. No. 4), states that "[w]ithin sixty (60) days of service of the complaint on any party. . . the parties shall meet and confer as required by Federal Rule 26(f) regarding their discovery plan;"

      2.    WHEREAS some Defendants were first served on October 5, 2023, which makes the deadline for the Parties to meet and confer as required by Federal Rule 26(f) regarding their discovery plan December 6, 2023;

      3.    WHEREAS the Court recently granted the Parties' Joint Stipulation to Extend Defendants' Time to Respond to Plaintiffs' Complaint until December 15, 2023 (Dkt. No 12);

      4.    WHEREAS the Court's hearing date for any motion to dismiss filed would likely be on January 25, 2024 or February 8, 2024;

      5.    WHEREAS the Parties agree that, in light of the fact that Defendants have not yet responded to Plaintiffs' Complaint, good cause exists to extend the deadline for the Parties to meet and confer as required by Federal Rule 26(f) regarding their discovery plan until February 15, 2024 so that the Parties may have a more informed and productive Rule 26(f) conference and so that Court may have an opportunity to rule on any motion to dismiss filed beforehand, if possible;

      6.    WHEREAS, this is the Parties first request for extension of time to meet and confer as required by Federal Rule 26(f) regarding their discovery plan; and

///

7.   WHEREAS the Parties further agree that this Joint Stipulation is without prejudice to, or waiver of, any rights otherwise available to the Parties herein, including but not limited to Defendants' rights to challenge service, jurisdiction, venue, or assert any other defenses applicable at law, in equity or otherwise in their responses to Plaintiffs' Complaint.

DATED:  December 1, 2023

Respectfully submitted,

By:  /s/Julia E. Romano
    Alexander G. Calfo
    Julia E. Romano
    King & Spalding LLP

Attorneys for Defendants
JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; KENVUE, INC.; and LTL MANAGEMENT LLC

DATED:  December 1, 2023

Respectfully submitted,

By:  /s/Mark A. Linder
    Mark A. Linder
    The Lanier Law Firm

Attorneys for Plaintiffs
AFRAA AL EESA, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ABBAS AL KHALIDI, DECEASED, A.A.K., A.A.K., and Y.A.K.

**ATTESTATION**

I, Julia E. Romano, am the ECF User whose ID and password are being used to file this Joint Stipulation.  I hereby attest that the other signatories to this Joint Stipulation concur in this filing.

DATED:  December 1, 2023

Respectfully submitted,

By: /s/Julia E. Romano
Julia E. Romano

**ORDER**

The Court, having considered the stipulation submitted herewith, **IT IS SO ORDERED** that:

The deadline for the Parties to meet and confer as requested by Federal Rule of Civil Procedure 26(f) regarding their discovery plan shall be extended to February 15, 2024.

IT IS SO ORDERED.

Dated: December 4, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE