ALEXANDER G. CALFO (SBN 152891)
*acalfo@kslaw.com*
JULIA E. ROMANO (SBN 260857)
*jromano@kslaw.com*
KING & SPALDING LLP
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone:    +1 213 443 4355
Facsimile:    +1 213 443 4310

Attorneys for Defendants
JOHNSON & JOHNSON; JOHNSON &
JOHNSON HOLDCO (NA) INC.;
JANSSEN PHARMACEUTICALS,
INC.; KENVUE, INC.; and LTL
MANAGEMENT LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRAA AL EESA, Individually and as Successor-in-Interest to ABBAS AL KHALIDI, Deceased, A.A.K., A.A.K., and Y.A.K.<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC. f/k/a JOHNSON & JOHNSON CONSUMER INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiary "Old JJCI"); JANSSEN PHARMACEUTICALS, INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named JOHNSON & JOHNSON CONSUMER INC. both prior to and after its 2021 restructurings and colloquially knows as "Old JJCI and New JJCI"); KENVUE INC. (sued individually and as successor-in-interest to JOHNSON & JOHNSON CONSUMER INC.); LTL MANAGEMENT LLC; and DOES 1-450, inclusive<br><br>        Defendants. | Case No. 2:23-cv-02183-MCE-JDP<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Complaint Filed:    Oct. 2, 2023<br>Trial Date:         None Set<br>Current Rep. Date.  Dec. 15, 2023<br>Proposed Resp. Date  Dec. 29, 2023 |

Plaintiffs Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K. (a minor), A.A.K. (a minor), and Y.A.K. (a minor) ("Plaintiffs") and Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Janssen Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC ("Defendants"), by and through the undersigned counsel, hereby submit this Stipulation pursuant to Local Rule 144 as follows:

1. WHEREAS Plaintiffs filed this Complaint for Wrongful Death and a Survival Action – Asbestos ("Plaintiffs' Complaint") against Defendants on October 2, 2023. Plaintiffs' Complaint names five defendants and contains five causes of action and 121 paragraphs;

2. WHEREAS Defendants' current deadline to respond to Plaintiffs' Complaint is December 15, 2023 (Dkt. No. 12);

3. WHEREAS the Parties previously agreed to two stipulations, with the second stipulation being approved by the Court, to extend Defendants' time to respond to Plaintiffs' Complaint by either 50 or 51 days respectively in total pursuant to Local Rule 144(a) (Dkt Nos. 10, 12); and

4. WHEREAS the Parties agree that good cause exists for an additional extension of time for Defendants to respond to Plaintiffs' Complaint until December 29, 2023 to give the Parties additional time to further meet and confer regarding Defendants' anticipated motions to dismiss and other matters, in the hopes the parties can resolve these issues without burdening the Court.

ACCORDINGLY, the Parties respectfully jointly request that the Court extend Defendants' deadline to respond to Plaintiffs' Complaint in the above-captioned matter to December 29, 2023.

///

///

///

1

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER

1  DATED:  December 11, 2023          Respectfully submitted,

2                                      By:  /s/Julia E. Romano

3                                            Alexander G. Calfo
                                            Julia E. Romano
4                                            King & Spalding LLP

5                                      Attorneys for Defendants
                                      JOHNSON & JOHNSON; JOHNSON &
6                                      JOHNSON HOLDCO (NA) INC.;
                                      JANSSEN PHARMACEUTICALS,
7                                      INC.; KENVUE, INC.; and LTL
                                      MANAGEMENT LLC
8

9  DATED:  December 11, 2023          Respectfully submitted,

10                                     By:  /s/Mark A. Linder

11                                           Mark A. Linder
                                            The Lanier Law Firm
12

13                                     Attorneys for Plaintiffs
                                      AFRAA AL EESA, INDIVIDUALLY AND
14                                     AS SUCCESSOR-IN-INTEREST TO
                                      ABBAS AL KHALIDI, DECEASED,
15                                     A.A.K., A.A.K., and Y.A.K.

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      2

1

## **ATTESTATION**

2        I, Julia E. Romano, am the ECF User whose ID and password are being used to file

3 this Joint Stipulation.  I hereby attest that the other signatories to this Joint Stipulation

4 concur in this filing.

5 DATED:  December 11, 2023             Respectfully submitted,

6

7                                     By:  /s/Julia E. Romano

                                         Julia E. Romano

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT; ORDER

1

## <u>ORDER</u>

2

The Court, having considered the stipulation submitted herewith, **IT IS SO**

3

**ORDERED** that:

4

5

Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Janssen

6

Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC's deadline to respond to

7

Plaintiffs' Complaint in the above-captioned matter is extended to December 29, 2023.

8

IT IS SO ORDERED.

9

Dated:  December 13, 2023

10

11

_____

12

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4