ALEXANDER G. CALFO (SBN 152891)
*acalfo@kslaw.com*
JULIA E. ROMANO (SBN 260857)
*jromano@kslaw.com*
KING & SPALDING LLP
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone:   +1 213 443 4355
Facsimile:   +1 213 443 4310

Attorneys for Defendants
JOHNSON & JOHNSON; JOHNSON &
JOHNSON HOLDCO (NA) INC.;
JANSSEN PHARMACEUTICALS,
INC.; KENVUE, INC.; and LTL
MANAGEMENT LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AFRAA AL EESA, Individually and as Successor-in-Interest to ABBAS AL KHALIDI, Deceased, A.A.K., A.A.K., and Y.A.K.,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON HOLDCO (NA) INC. f/k/a JOHNSON & JOHNSON CONSUMER INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiary "Old JJCI"); JANSSEN PHARMACEUTICALS, INC. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named JOHNSON & JOHNSON CONSUMER INC. both prior to and after its 2021 restructurings and colloquially knows as "Old JJCI and New JJCI"); KENVUE INC. (sued individually and as successor-in-interest to JOHNSON & JOHNSON CONSUMER INC.); LTL MANAGEMENT LLC; and DOES 1-450, inclusive<br><br>   Defendants. | Case No. 2:23-cv-02183-MCE-JDP<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Complaint Filed:   Oct. 2, 2023<br>Trial Date:          None Set<br>Current Rep. Date.  Dec. 29, 2023<br>Proposed Resp. Date  Jan. 11, 2024 |

1    Plaintiffs Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al
2 Khalidi, Deceased, A.A.K. (a minor), A.A.K. (a minor), and Y.A.K. (a minor)
3 ("Plaintiffs") and Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc.,
4 Janssen Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC ("Defendants"),
5 by and through the undersigned counsel, hereby submit this Stipulation pursuant to Local
6 Rule 144 as follows:

7    1.    WHEREAS Plaintiffs filed this Complaint for Wrongful Death and a Survival
8 Action – Asbestos ("Plaintiffs' Complaint") against Defendants on October 2, 2023.
9 Plaintiffs' Complaint names five defendants and contains five causes of action and 121
10 paragraphs;

11    2.    WHEREAS Defendants' current deadline to respond to Plaintiffs' Complaint
12 is December 29, 2023 (Dkt. No. 16);

13    3.    WHEREAS the Parties previously agreed to three stipulations, with the
14 second and third stipulations being approved by the Court, to extend Defendants' time to
15 respond to Plaintiffs' Complaint by either 63 or 64 days respectively in total pursuant to
16 Local Rule 144(a) (Dkt Nos. 10, 12, and 16); and

17    4.    WHEREAS the Parties agree that good cause exists for an additional brief
18 extension of time for Defendants to respond to Plaintiffs' Complaint until January 11, 2024
19 to give the Parties additional time to further meet and confer regarding Defendants'
20 anticipated motions to dismiss and other matters, including the possibility of resolution of
21 the entire matter, in the hopes the parties can resolve these issues without burdening the
22 Court.

23    ACCORDINGLY, the Parties respectfully jointly request that the Court extend
24 Defendants' deadline to respond to Plaintiffs' Complaint in the above-captioned matter to
25 January 11, 2024.
26 ///
27 ///
28

1

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT; ORDER

| | | |
|---|---|---|
| 1 | DATED:  December 28, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  /s/Julia E. Romano<br>      Alexander G. Calfo<br>      Julia E. Romano<br>      King & Spalding LLP |
| 4 | | |
| 5 | | Attorneys for Defendants<br>JOHNSON & JOHNSON; JOHNSON &<br>JOHNSON HOLDCO (NA) INC.;<br>JANSSEN PHARMACEUTICALS,<br>INC.; KENVUE, INC.; and LTL<br>MANAGEMENT LLC |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | DATED:  December 28, 2023 | Respectfully submitted, |
| 10 | | |
| 11 | | By:  /s/Mark A. Linder<br>      Mark A. Linder<br>      The Lanier Law Firm |
| 12 | | |
| 13 | | Attorneys for Plaintiffs<br>AFRAA AL EESA, INDIVIDUALLY AND<br>AS SUCCESSOR-IN-INTEREST TO<br>ABBAS AL KHALIDI, DECEASED,<br>A.A.K., A.A.K., and Y.A.K. |
| 14 | | |
| 15 | | |

2

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER

|   |   |
|---|---|
| 1 | **<u>ATTESTATION</u>** |

I, Julia E. Romano, am the ECF User whose ID and password are being used to file this Joint Stipulation. I hereby attest that the other signatories to this Joint Stipulation concur in this filing.

DATED: December 28, 2023                           Respectfully submitted,

                                                                   By:  /s/Julia E. Romano
                                                                          Julia E. Romano

**ORDER**

The Court, having considered the stipulation submitted herewith, hereby orders that:

Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Janssen Pharmaceuticals, Inc., Kenvue Inc., and LTL Management LLC's deadline to respond to Plaintiffs' Complaint in the above-captioned matter is extended to January 11, 2024.

IT IS SO ORDERED.

Dated: January 3, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE