Mark A. Linder, CA Bar No. 268796
mark.linder@lanierlawfirm.com
**THE LANIER LAW FIRM**
10940 W. Sam Houston Pkwy N, Ste. 100
Houston, Texas 77064
Telephone: 713-659-5200
Facsimile: 713-659-2204

Attorneys for Plaintiffs Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K., A.A.K., and Y.A.K.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K., A.A.K., and Y.A.K., <br><br>            Plaintiffs, <br><br>   vs. <br><br> Johnson & Johnson; Johnson & Johnson Holdco (NA) Inc. f/k/a Johnson & Johnson Consumer Inc. (sued individually and as successor-in-interest to Johnson & Johnson subsidiary "Old JJCI"); Janssen Pharmaceuticals, Inc. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named Johnson & Johnson Consumer Inc., both prior to and after its 2021 restructurings and colloquially known as "Old JJCI" and "New JJCI"); Kenvue Inc. (sued individually and as successor-in-interest to Johnson & Johnson Consumer Inc.); LTL Management LLC; | Case No. 2:23-cv-02183-MCE-JDP <br><br> **STIPULATION AND ORDER GRANTING LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT** |

and DOES 1-450, inclusive.

Defendants.

## STIPULATION

**WHEREAS** on October 2, 2023, Plaintiffs, Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K., A.A.K., and Y.A.K. ("Plaintiffs") filed their Complaint for Wrongful Death and a Survival Action against Johnson & Johnson; Johnson & Johnson Holdco (NA) Inc. f/k/a Johnson & Johnson Consumer Inc. (sued individually and as successor-in interest to Johnson & Johnson subsidiary "Old JJCI"); Janssen Pharmaceuticals, Inc. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named Johnson & Johnson Consumer Inc., both prior to and after its 2021 restructurings and colloquially known as "Old JJCI" and "New JJCI");  Kenvue Inc. (sued individually and as successor-in-interest to Johnson & Johnson Consumer Inc.); and LTL Management LLC (collectively "Defendants");

**WHEREAS** plaintiffs A.A.K., A.A.K., and Y.A.K. were minors at the at the time Plaintiffs' original complaint was filed, and as such, were identified solely by their initials for privacy reasons pursuant to Local Rule 140 and Fed. R. Civ. P. 5.2;

**WHEREAS**, since Plaintiffs filed their original complaint, plaintiff A.A.K. (DOB: XX-XX-2006) reached the age of majority, i.e., 18 years of age, under California Family Code § 6502, and may therefore be identified by his full name in pleadings, settlement documents, and other pertinent papers pertaining to his claims in this case;

**WHEREAS** the parties submitted a notice of resolution on January 11, 2024, apprising the Court of the parties' agreement to resolve this action in its entirety;

**WHEREAS** Plaintiffs seek to file a First Amended Complaint solely for purposes of reflecting A.A.K.'s full name in pleadings, settlement documents, and other pertinent papers pertaining to his claims in this case; and

**WHEREAS** a copy of Plaintiffs' proposed First Amended Complaint is attached

hereto as Exhibit "1";

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants, through their respective counsel, that:

1. Plaintiffs should be granted leave to file their First Amended Complaint, a copy of which is attached hereto as Exhibit "1," for purposes of facilitating the preparation and execution of settlement and final dispositional documents in this matter; and

2. Plaintiffs' First Amended Complaint should be deemed filed as of the date of the Court's Order approving this stipulation and granting Plaintiffs leave to file the First Amended Complaint.

DATED: April 26, 2024    **THE LANIER LAW FIRM**

By: */s/Mark A. Linder*
    Mark A. Linder
    Attorneys for Plaintiffs Afraa Al Eesa,
    Individually and as Successor-in-Interest
    to Abbas Al Khalidi, Deceased,
    A.A.K., A.A.K., and Y.A.K.

DATED: April 26, 2024    **KING & SPALDING LLP**

By: */s/Julia E. Romano*
    Alexander G. Calfo
    Julia E. Romano
    Attorneys for Defendants
    Johnson & Johnson; Johnson &
    Johnson Holdco (NA) Inc.; Janssen
    Pharmaceuticals, Inc.; Kenvue, Inc.; and LTL
    Management LLC

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs, Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, A.A.K., A.A.K., and Y.A.K., are granted leave to amend to file their First Amended Complaint, a copy of which is attached hereto as Exhibit "1."

**IT IS FURTHER ORDERED** that the First Amended Complaint shall be filed not later than five (5) days following the date this Order is electronically filed.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE