Mark A. Linder, CA Bar No. 268796
mark.linder@lanierlawfirm.com
**THE LANIER LAW FIRM**
10940 W. Sam Houston Pkwy N., Ste. 100
Houston, Texas 77064
Telephone: 713-659-5200
Facsimile: 713-659-2204

Attorneys for Plaintiffs Afraa Al Eesa,
Individually and as Successor-in-Interest
to Abbas Al Khalidi, Deceased,
Abdulkader Al Khalidi, A.A.K., and Y.A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Afraa Al Eesa, Individually and as Successor-in-Interest to Abbas Al Khalidi, Deceased, Abdulkader Al Khalidi, A.A.K., and Y.A.K., <br><br>                    Plaintiffs, <br>     vs. <br><br>Johnson & Johnson; <br>Johnson & Johnson Holdco (NA) Inc. f/k/a Johnson & Johnson Consumer Inc. (sued individually and as successor-in-interest to Johnson & Johnson subsidiary "Old JJCI"); <br>Janssen Pharmaceuticals, Inc. (sued individually and as successor-in-interest to Johnson & Johnson subsidiaries named Johnson & Johnson Consumer Inc., both prior to and after its 2021 restructurings and colloquially known as "Old JJCI" and "New JJCI"); <br>Kenvue Inc. (sued individually and as successor-in-interest to Johnson & Johnson Consumer Inc.); <br>LTL Management LLC; and DOES 1-450, inclusive. <br><br>                    Defendants. | Case No.  2:23-cv-02183-MCE-JDP <br><br>**ORDER GRANTING THE UNOPPOSED PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM* TO REPRESENT THE INTERESTS OF A.A.K. (DOB: xx-xx-2007)** <br><br>Hearing:     June 13, 2024 <br>Time:     10:00 a.m. PDT |

## ORDER APPOINTING GUARDIAN *AD LITEM*

The court having considered the petition of A.A.K. (DOB xx-xx-2007), a minor, for the appointment of Faisal Al Fatly as Guardian *Ad Litem* to represent the interests of A.A.K. in the above-entitled matter, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

(a) The petition for an order appointing Faisal Al Fatly as Guardian *Ad Litem* for Petitioner A.A.K. (DOB: xx-xx-2007), a minor, (ECF No. 27) is **GRANTED**; and

(b) Faisal Al Fatly shall be and hereby is appointed Guardian *Ad Litem* to represent the interests of A.A.K. with respect to A.A.K.'s claims in the above-entitled matter.

IT IS SO ORDERED.

Dated:  June 6, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE