UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRAA AL EESA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | No.  2:23-cv-02183-DC-JDP<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING<br><br>(Doc. No. 45) |

This matter is before the court on an unopposed motion for approval of minors' compromise filed by Plaintiffs Afraa Al Eesa, A.A.K. (a minor), and Y.A.K. (a minor). (Doc. No. 45.)

Local Rule 202(b) provides that "[t]he application [for approval of a proposed settlement] shall disclose . . . such additional information as may be required to enable the Court to determine the fairness of the settlement or compromise." E.D. Cal. R. 202(b). Courts routinely consider comparable recovery amounts in similar cases to determine the fairness of the settlement or compromise. *See Jones v. City of Sacramento,* No. 22-cv-00900-DJC-KJN, 2024 WL 584506, at *5 (E.D. Cal. Feb. 12, 2024) (noting it is plaintiff's burden to provide "additional information," including comparable recovery amounts in similar cases, for the court to determine the fairness of a compromise); *J.A. v. Cnty. of Shasta,* No. 2:23-cv-00675-DC-DMC, 2025 WL 105888, at *2 (E.D. Cal. Jan. 15, 2025) (directing plaintiff to file supplemental briefing on a motion for

approval of minor's settlement to provide the court with authority to support plaintiff's contention that the settlement was fair and reasonable). In the instant motion, Plaintiffs do not cite to any decisions in which courts have approved comparable settlements.  Accordingly, Plaintiffs are directed to file supplemental briefing, by no later than June 10, 2025, providing examples of comparable recovery amounts in similar cases supporting their contention that the proposed settlement agreement as to each minor Plaintiff is fair and reasonable.

IT IS SO ORDERED.

Dated:   **May 22, 2025**

Dena Coggins
United States District Judge